Meredith L. Thielbahr, ISB No. 9733
David W. Lloyd, ISB No. 5501
GORDON REES SCULLY
MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 489-9095
mthielbahr@grsm.com
dlloyd@grsm.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC., <br><br> Plaintiff, <br><br> v. <br><br> T2L, LLC; AND TERESA WAYNETSKA, <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-151 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc., provides the following disclosure:

LT Holdco Intermediate LLC (f/k/a Franchise Group Intermediate L 2, LLC) ("LTHI") is the sole member of the Plaintiff JTH Tax LLC. LT Holdco LLC (f/k/a Franchise Group Intermediate L 1, LLC) ("LTH") is the sole member of LTHI. NPI Holdco, LLC ("NPIH") is the sole member of LTH. NextPoint Financial Inc. (f/k/a NextPoint Acquisition Corp.) ("NextPoint") is the sole member of NPIH.  NextPoint is Canadian corporation that is publicly traded on the Toronto Stock Exchange under ticker symbol NPF.U and in the United States on the OTC Market under ticker symbol NACQF.

Franchise Group, Inc. (NASDAQ:FRG) owns approximately 20% of the voting interest in NextPoint Financial Inc. through its wholly-owned indirect subsidiary, Franchise Group

Intermediate L, LLC ("FGIL"). Franchise Group New Holdco, LLC ("FGNH") is the sole member of FGIL. Franchise Group, Inc. is the sole member of FGNH.

Dated:  April 6, 2022

                          Respectfully Submitted,

                          **JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC.,**

                          */s/ David W. Lloyd*
                          Meredith L. Thielbahr
                          David W. Lloyd
                          GORDON REES SCULLY MANSUKHANI, LLP
                          999 W. Main Street, #100
                          Boise, ID 83702
                          (208) 489-9095
                          mthielbahr@grsm.com
                          dlloyd@grsm.com