Meredith L. Thielbahr, ISB No. 9733
David W. Lloyd, ISB No. 5501
GORDON REES SCULLY
MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 489-9095
mthielbahr@grsm.com
dlloyd@grsm.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>T2L, LLC; AND TERESA WAYNETSKA,<br><br>Defendants. | CIVIL ACTION NO. 1:22-cv-151 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff JTH Tax LLC f/k/a/ JTH Tax, Inc. d/b/a Liberty Tax Services ("Liberty") respectfully moves this Court to enter a preliminary injunction against Defendants T2L, LLC ("T2L") and Teresa Waynetska ("Waynetska") (together, "Defendants") as follows:

      A.    Enjoining Defendants, and all those acting by, through or in concert with them, from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products (as defined in the Franchise Agreement), within the Territory (as defined in the Franchise Agreement) or within twenty-five (25) miles of the boundaries of the Territory, for two years following the entry of any injunction;

      B.    Enjoining Defendants, and all those acting by, through or in concert with them, from directly or indirectly soliciting any person or entity served by

1

        their prior Liberty office within the last twelve (12) months that they were a Liberty franchisee, for the purpose of offering such person or entity, for a fee or charge, income tax preparation, electronic filing of tax returns, or Financial Products (as defined in the Franchise Agreement) for two years following the entry of any injunction;

C.     Enjoining Defendants from using or disclosing any of Liberty's Confidential Information (as defined in Section 12 of the Franchise Agreement), including without limitation, methods of operations, customer information, and marketing information;

D.     Ordering Defendants to deliver to Liberty any original and all copies, including electronic copies and media, of lists and other sources of information containing the names, addresses, e-mail addresses, or phone numbers of customers of the Franchised Business;

E.     Ordering Defendants to deliver to Liberty any original and all copies, including electronic copies and media, containing customer tax returns, files, and records; and

F.     Ordering Defendants to deliver to Liberty all copies of the confidential Operations Manual and any updates.

**PLEASE TAKE FURTHER NOTICE** that in support of the instant motion, Liberty shall rely upon the accompanying Memorandum of Law and exhibits thereto, and the Declaration of Geoff Knapp, filed and served herewith, and all other pleadings and proceedings had herein; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  April 6, 2022

                                                    Respectfully Submitted,

**JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC.,**

*/s/ David W. Lloyd*
Meredith L. Thielbahr
David W. Lloyd
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
 (208) 489-9095
mthielbahr@grsm.com
dlloyd@grsm.com