**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC., <br><br> Plaintiff, <br><br> v. <br><br> T2L, LLC; AND TERESA WAYNETSKA, <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-151 |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The above-captioned matter came for hearing on _____, 2022 on Plaintiff JTH Tax LLC f/k/a/ JTH Tax, Inc. d/b/a Liberty Tax Services' ("Liberty") Motion for Preliminary Injunction (the "Motion"). The Court, having considered the Motion, supporting memorandum and exhibits, and the arguments presented at the hearing, finds that Liberty is entitled to a preliminary injunction, as set forth in the Verified Complaint, because Liberty has established: (1) a likelihood of success on the merits, (2) that it will suffer irreparable harm absent the injunction, (3) that the balance of hardships favors Liberty, and (4) that the injunction will serve the public interest.

## **IT IS THEREFORE ORDERED:**

1. Plaintiff's Motion for Preliminary Injunction is GRANTED.

2. For the duration of this action:

    A. Defendants, and all those acting by, through or in concert with them, are enjoined from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products (as defined in the Franchise Agreement), within the Territory (as defined in the Franchise Agreement) or within twenty-five (25) miles of the boundaries of the Territory, for two years following the entry of any injunction;

    B. Defendants, and all those acting by, through or in concert with them, are enjoined from directly or indirectly soliciting any person or entity served by their prior Liberty office within the last twelve (12) months that they were a Liberty franchisee, for the purpose of offering such person or entity, for a fee or charge, income tax preparation, electronic filing of tax returns, or Financial Products (as defined in the Franchise Agreement) for two years following the entry of any injunction;

    C. Defendants are enjoined from using or disclosing any of Liberty's Confidential Information (as defined in Section 12 of the Franchise Agreement), including without limitation, methods of operations, customer information, and marketing information;

    D. Defendants are ordered to deliver to Liberty any original and all copies, including electronic copies and media, of lists and other sources of information containing the names, addresses, e-mail addresses, or phone numbers of customers of the Franchised Business;

    E. Defendants are ordered to deliver to Liberty any original and all copies, including electronic copies and media, containing customer tax returns, files, and records; and

    F. Defendants are ordered to deliver to Liberty all copies of the confidential Operations Manual and any updates. //end of text//

SO ORDERED the ___ day of _____, 2022.

_____
HON.

3

Dated: April 6, 2022

                                  Respectfully Submitted,

                                  **JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC.,**

                                  */s/ David W. Lloyd*
                                  Meredith L. Thielbahr
                                  David W. Lloyd
                                  GORDON REES SCULLY MANSUKHANI, LLP
                                  999 W. Main Street, #100
                                  Boise, ID 83702
                                  (208) 489-9095
                                  mthielbahr@grsm.com
                                  dlloyd@grsm.com